IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| RAMON OSEQUERA-ALANIS, | : | MOTION TO VACATE |
| | : | 28 U.S.C. § 2255 |
| Movant, | : | |
| | : | CRIMINAL ACTION NO. |
| vs. | : | 1:05-CR-067-1-CC |
| | : | |
| UNITED STATES OF AMERICA, | : | CIVIL ACTION NO. |
| | : | 1:13-CV-1998-CC |
| Respondent. | : | |

### ORDER

This matter is before the Court on the Final Report and Recommendation [Doc. No. 205] issued by Magistrate Judge Gerrilyn G. Brill on March 7, 2014. Magistrate Judge Brill recommends that Movant Ramon Oseguera-Alanis's motion to vacate sentence be denied and that the Court likewise deny the issuance of a certificate of appealability. The record reflects that no objections to the Final Report and Recommendation have been filed and that the time period permitted for filing any such objections has elapsed.

Having reviewed the Final Report and Recommendation for plain error in accordance with United States v. Slay, 714 F.2d 1093, 1095 (11th Cir. 1983), the Court finds that the Final Report and Recommendation is correct both in fact and in law. Accordingly, the Court **ADOPTS** the Final Report and Recommendation as the opinion of this Court and hereby **ORDERS** that Movant Ramon Oseguera-Alanis's motion to vacate sentence is **DENIED**. Further, insofar as reasonable jurists would not find debatable or wrong the determination that Movant waived his right to collaterally attack his sentence and that his claims, in any event, are without merit, no certificate of appealability shall issue.

**(SIGNATURE ON FOLLOWING PAGE)**

SO ORDERED this 7th day of April, 2014.

*s/ CLARENCE COOPER*

CLARENCE COOPER
SENIOR UNITED STATES DISTRICT JUDGE